IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES M. MARTIN, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:11-CV-192(MTT) |
| ) | |
| Lieutenant JOHNNY McDANIEL, ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

## ORDER

Plaintiff James M. Martin, a prisoner currently confined at Wilcox State Prison in Abbeville, Georgia, has filed a Motion for Leave to Appeal *in forma pauperis* (Doc. 64) from this Court's Order (Doc. 62). In the Court's best judgment, an appeal from that Order cannot be taken in good faith. The Plaintiff's Motion for Leave to Appeal *in forma pauperis* is accordingly **DENIED**. *See* 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."); Fed. R. App. P. 24(a)(3) ("A party who was permitted to proceed in forma pauperis in the district-court action … may proceed on appeal *in forma pauperis* … unless … the district court … certifies that the appeal is not taken in good faith.").

If the Plaintiff wishes to proceed with his appeal, he must pay the entire $455.00 appellate filing fee. Because the Plaintiff has indicated that he cannot pay the $455.00 immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b). Pursuant to § 1915(b), the prison account custodian where the Plaintiff is

incarcerated shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to the Plaintiff's account until the $455.00 appellate filing fee has been paid in full. Twenty percent of any deposits into the prisoner's account shall be withheld by the prison account custodian who, on a monthly basis, shall forward the amount withheld from the prisoner's account to the Clerk of this Court each time the amount in the account exceeds $10.00 until the total filing fee of $455.00 has been paid. Checks should be made payable to "Clerk, U.S. District Court."

The Clerk of Court shall mail a copy of this Order to the custodian of the prison in which the Plaintiff is presently incarcerated.

**SO ORDERED**, this the 10th day of July, 2013.

S/ Marc T. Treadwell  
MARC T. TREADWELL, JUDGE  
UNITED STATES DISTRICT COURT